IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROOSEVELT JOHNSON,

    Petitioner,

v.                                        CASE NO. 1:02-cv-00004-MP-AK

MICHAEL W MOORE,

    Respondent.

_____/

**O R D E R**

    This matter is before the Court on Doc. 19, Report and Recommendation of Magistrate Judge Kornblum, recommending that the Petition for writ of habeas corpus, Doc. 1, be denied and that Petitioner's Motion for Hearing on this matter, Doc. 17, also be denied.  The Magistrate Judge filed the Report and Recommendation on Thursday, April 14, 2005.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.  Petitioner filed an objection to the Report and Recommendation in which Petitioner objected to all of the Magistrate Judge's findings.  Therefore, this Court has given de novo review to Petitioner's claims in their entirety.

    Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.  The Court is in full agreement with the well reasoned and written opinion of the Magistrate Judge.  The Court therefore finds it unnecessary to repeat the reasoning that was fully articulated in the Report and Recommendation.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is fully ADOPTED and INCORPORATED by reference in this order.

2. The Petition for writ of habeas corpus, Doc. 1, is DENIED.

3. Petitioner's Motion for Hearing, Doc. 17, is DENIED.

4. This cause is DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this __27th__ day of July, 2005.

        *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge